**No. 62545.**—H. A. Gogarty, Inc. *v.* United States, protest 327632–K (B) (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

**No. 62546.**—Frederic Henjes, Jr., Inc. *v.* United States, protest 328600–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.